UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.                                                                                            CASE NO. 24-20296-CR-BECERRA

HENYELBERT DARIO FERRER NAVARRO

_____/

CORRECTED OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

DEFENDANT, HENYELBERT DARIO FERRER NAVARRO (NAVARRO) respectfully objects to he Presentence Investigation Report (PSI) and states:

NAVARRO objects to paragraph 24 of the PSI, which assesses a 4-level increase in the computation of his Guideline range pursuant to U.S.S.G § 2K2.1(b)(6)(A), on the ground that his possession of firearms was with knowledge, intent, or reason to believe they would be transported outside the United States. As the Court determined in sentencing NAVARRO's co-defendant, Oscar Jesus Medina Rodriguez, the evidence available to establish the factual predicate for application of this enhancement is insufficient. Accordingly, NAVARRO objects.

NAVARRO's total Offense Level should therefore be 28, not 32, which, with a Criminal History Category of I, establishes a Guideline range of 79-97 months.

WHEREFORE, NAVARRO respectfully objects to the enhancement at paragraph 24 of his PSI.

DATE: March 24, 2025.

Respectfully submitted,
/s/ David A. Howard
David A. Howard, Esq.
25 SE 2nd Avenue, Suite 1105
Miami, Florida 33131
Tel.: (786)360-6056
Email: david@davidhowardlaw.com