**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20296-BECERRA**

UNITED STATES OF AMERICA

v.

HENYELBERT DARIO FERRER NAVARRO,

     **Defendant.**

_____/

**THE UNITED STATES OF AMERICA'S NOTICE OF NON-OPPOSITION TO**
**DEFENDANT'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT**

     The United States of America files this Notice of Non-Opposition to Defendant Henyelbert Dario Ferrer Navarro's Objection to the Presentence Investigation Report (DE 74) and states as follows:

     Defendant objects only to Paragraph 24 of the Presentence Investigation Report ("PSI"), which applies a 4-level enhancement for possessing firearms with reason to believe they would be transported out of the United States (2K2.1(b)(6)(A)). Defendant's co-defendant Oscar Jesus Medina Rodriguez asserted the same objection (DE 62), and the United States filed a brief in opposition to that objection (DE 65). The United States believes that the record in this case supports the application of this enhancement for the reasons set forth in the United States' opposition brief. However, the Court considered the United States's opposition brief, heard argument on the issue, and ultimately sustained the objection. The reasons the Court articulated for sustaining the objection apply equally to both Medina Rodriguez and Defendant Ferrer Navarro. Because this Court has already resolved this objection, the United States does not oppose it here.

1

## CONCLUSION

For the reasons stated above, the United States of America does not oppose Defendant

Henyelbert Dario Ferrer Navarro's Objection to the Presentence Investigation Report (DE 74).

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:    */s/ Timothy J. Farina*
Timothy J. Farina
Assistant United States Attorney
Court ID No. A5503150
99 Northeast 4th Street
Miami, Florida 33132
Telephone: (305) 961-9196
Email: Timothy.Farina@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Timothy Farina*
Timothy Farina
Assistant United States Attorney